**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  12-cv-8551 |
| | ) | |
| UNIVERSITY OF CHICAGO, and | ) | |
| University of Chicago Police Officer | ) | |
| Sergeant DAVID DAVIS, | ) | |
| | ) | |
| Defendants. | ) | **JURY DEMANDED** |

## COMPLAINT

NOW COMES the plaintiff, JAMES HARRIS, through one of his attorneys, Jared Kosoglad, Jared S. Kosoglad, P.C., and complaining of the defendants UNIVERSITY OF CHICAGO, and UNIVERSITY OF CHICAGO POLICE OFFICER DAVID DAVIS, states as follows:

### INTRODUCTION

1.  This is a civil action seeking damages against defendants for committing acts under color of law, and depriving plaintiff of rights secured by the Constitution and laws of the United States.

### JURISDICTION

2.  The jurisdiction of this Court is invoked pursuant to the Civil Rights Act, 42 U.S.C., § 1983; the judicial code 28 U.S.C., § 1331 and 1343 (a); the Constitution of the United States; and pendent jurisdiction as provided under U.S.C., § 1367(a).

**PARTIES**

3. Plaintiff is a citizen of the United States of America, who at all times relevant resided in Chicago, Cook County, Illinois.

4. Defendant David Davis, was, at the time of this occurrence, a duly licensed University of Chicago Police Officer. He engaged in the conduct complained of in the course and scope of his employment and under color of law. He is sued in his individual capacity.

5. Defendant University of Chicago, ("University") was a private educational institution that maintained, managed, and/or operated the University of Chicago Police Department and was the employer and principal of the police officer defendants. At all times relevant, the State of Illinois delegated the public functions traditionally performed by exclusively municipal police officers and county sheriffs, state actors, to the University of Chicago.

**FACTS**

6. On October 24, 2010, at or near 6300 South Ingleside Avenue at approximately 3:25 p.m., Plaintiff James Harris encountered University of Chicago Police Department Sergeant David Davis.

7. Without probable cause or any other legal basis, Defendant Davis seized the Plaintiff's person.

8. Without probable cause or any other legal basis, Defendant Davis employed excessive, unnecessary, and unreasonable force against the Plaintiff.

9. Defendant Davis did not charge Plaintiff with a crime.

2

10. As a direct and proximate result of the malicious actions of Defendant Davis, Plaintiff was injured, including loss of freedom, humiliation, embarrassment, the deprivation of his constitutional rights and his dignity, physical injuries, lost time, and emotional distress.

**Count I**
**Section 1983 Fourth Amendment Violations —Illegal Search and Seizures**

11. Plaintiff realleges each of the preceding paragraphs, as if fully set forth herein.

12. The searches and seizures of the plaintiff's person and property performed willfully and wantonly by the Defendant, as detailed above, were in violation of plaintiff's right to be free of unreasonable searches and seizures under the Fourth Amendment to the Constitution of the United States and 42 U.S.C. § 1983.

13. As a proximate result of the above-detailed actions of defendants, plaintiff was injured, including the deprivation of his liberty and the taking of his person. In addition, the violations proximately caused the plaintiff mental anguish, embarrassment, and humiliation, exposed him to public scandal and disgrace, and caused him to incur various expenses, all to Plaintiff's damage.

WHEREFORE, pursuant to 42 U.S.C. § 1983, Plaintiff demands judgment against Defendant for compensatory damages, punitive damages, the costs of this action and attorneys' fees, and any such other and further relief as this Court deems equitable and just.

**Count II**
**42 U.S.C. Section 1983 Violations — Excessive Force**

14. Plaintiff realleges each of the preceding paragraphs, as if fully set forth herein.

15. The actions of the Officer Defendant constituted unreasonable, unjustifiable, and

excessive force against Plaintiff, thus violating his rights under the Fourth

Amendment to the United States Constitution, and 42 U.S.C., Section 1983.

16. As a proximate result of the above-detailed actions of defendant, Plaintiff was

injured, including severe pain, physical injury, mental suffering, anguish and

humiliation, and fear.

WHEREFORE, pursuant to 42 U.S.C. § 1983, Plaintiff demands judgment against

Defendant for compensatory damages, punitive damages, the costs of this action and

attorneys' fees, and any such other and further relief as this Court deems equitable and

just.

## Count III
## Respondeat Superior

17. Plaintiff realleges each of the preceding paragraphs, as if fully set forth herein.

18. Defendant University of Chicago is the employer of Defendant Officer David

Davis.

19. Defendant Officer committed the acts alleged above under color of law and in the

scope of their employment as employees of the University of Chicago.

WHEREFORE, should Defendant Officer be found liable on one or more of the claims

set forth above, Plaintiff demands that, pursuant to 745 ILCS 10/9-102, the Defendant

University of Chicago be found liable for any judgment plaintiff obtains against said

defendant, as well as attorneys fees and costs awarded.

**PLAINTIFF DEMANDS TRIAL BY JURY.**


Respectfully submitted,

JAMES HARRIS

By:


____/s Jared S. Kosoglad_____
One of Plaintiff's Attorneys

Jared S. Kosoglad
Jared S. Kosoglad, P.C.
118 S. Clinton, Suite 200
Chicago, IL 60661
T: 312-513-6000
jared@jaredlaw.com