IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JAMES HARRIS,                                     )
                                                  )
          Plaintiff,                              )
                                                  )
                                                  )      Case No.: 12-CV-8551
v.                                                )
                                                  )      Judge: Harry D. Leinenweber
UNIVERSITY OF CHICAGO, and University of          )
Chicago Police Officer Sergeant DAVID DAVIS,      )      Magistrate Valdez
                                                  )
          Defendants.                             )
                                                  )

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys, that the captioned case, including all counterclaims and third-party actions, be dismissed without cost to any party, said claim having been compromised and settled.

IT IS FURTHER STIPULATED AND AGREED that said dismissal shall be a bar to the bringing of any action based on or including any claim for which this action has been or could have been brought.

_____          /Corinne C. Heggie_____
Attorney for Plaintiff                    Attorneys for Defendants
Jared Kosoglad                            Steven M. Puiszis
Jared Kosoglad, P.C.                      Corinne C. Heggie
118 South Clinton, Suite 1800             Hinshaw & Culbertson LLP
Chicago, IL 60661                         222 No. LaSalle St., Ste. 300
                                          Chicago, IL 60601-1081

130586818v1 0940938